

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 18, 2021

**MEMO ENDORSED**
10/18/21

VOSR proceeding Adjourned to December 6, 2021 at 2 PM.

*/s/ Colleen McMahon*

**BY ECF**
The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Kornhauser*, 09 Cr. 684 (CM)

Dear Judge McMahon:

    The Government respectfully submits this letter regarding the VOSR proceeding currently scheduled for October 26, 2021, at 2:00 p.m. As the Government informed the Court at the last proceeding, the U.S. Probation Office and the Government are investigating another potential violation of the conditions of the defendant's supervised release. The Government does not anticipate that its investigation will be complete by October 26. Accordingly, the Government is requesting, with the defendant's consent, a 30-day adjournment of the October 26 proceeding.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: */s/ Sarah L. Kushner*
    Sarah L. Kushner
    Assistant United States Attorney
    (212) 637-2676

cc: Defense counsel (by ECF)
    U.S. Probation Officer Jonathan Bressor (by Email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/21