

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

MEMO ENDORSED

January 18, 2022   1/19/22

**BY ECF**

The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The unsealing of the Probation
chronologies for use at the upcoming
hearing is granted.

**Re:** *United States v. Kornhauser*, 09 Cr. 684 (CM)

Dear Judge McMahon:

The Government submits this letter, with the consent of the United States Probation Office ("Probation"), to respectfully request that internal chronologies maintained by Probation, detailing Julius Kornhauser's supervision, be unsealed.

The Court has scheduled a VOSR hearing in this case for February 2, 2022. At that hearing, the Government intends to prove the Specifications set forth in the December 10, 2021 Amended Violation Report. The Government further anticipates that it may call a Probation Officer, among other witnesses, to testify at the hearing. Probation has indicated that they have information relevant to the Specifications and upcoming hearing contained within their chronologies. Accordingly, the Government respectfully requests that the Court enter an order unsealing these chronologies in advance of the February 2 hearing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Sarah L. Kushner
Assistant United States Attorney
(212) 637-2676

cc:   Daniel A. McGuinness, Esq. (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/22