# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2022

UNITED STATES OF AMERICA

-v-

JULIUS KORNHAUSER,

        Defendant.

09 CR 684 (CM)

It is hereby ordered that Julius Kornhauser, the defendant, having been sentenced in the above case to the custody of the Attorney General, is to surrender to the Attorney General by reporting to the to the United States Marshal Service, at the United States District Court, 500 Pearl Street, New York, NY 10007, 4th Floor, before 2:00 p.m., on April 25, 2022.

_____      4/6/22
UNITED STATES DISTRICT JUDGE          DATE

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine or both.

_____      _____
(Attorney/Witness)                                        (Defendant)

cc: U.S. Marshal, SDNY
      Probation Dept, SDNY
      U.S. Attorney, SDNY
      Pretrial Office, SDNY
      Defense Counsel