# LAW OFFICES OF
# DANIEL A. MCGUINNESS, PC

260 MADISON AVE, 17TH FLOOR, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX: (888)-679-0585 · EMAIL: DAN@LEGALMCG.COM

April 21, 2022

**VIA ECF**

Colleen McMahon
United States District Judge
Southern District of New York
500 Foley Square
New York, NY 10007

*MEMO ENDORSED*

*Request granted. Surrender date is now May 16, 2022.*

Re: *United States v. Julius Kornhauser*, 09 Cr. 684(CM)

Dear Judge McMahon:

*Colleen McMahon*
*4/25/2022*

    I represent Julius Kornhauser in the above-captioned matter. I write to respectfully brief extension of surrender date to May 16, 2022 because of Mr. Kornhauser's present hospitalization. Mr. Kornhauser is presently due to surrender to custody on Monday April 25, 2022. Probation and the Government do not object to this request.

    On April 6, 2022, Mr. Kornhauser was sentenced to 24-months imprisonment for supervised release violations. The Court permitted Mr. Kornhauser to voluntarily surrender on April 25, 2022 with the conditions that he check in with probation by phone daily and attend in person check-ins twice per week. Mr. Kornhauser's probation officer, Jonathan Bressor, informs me that Mr. Kornhauser has been compliant with these requirements.

    Mr. Kornhauser is currently hospitalized at Metropolitan Hospital Center in New York County in the Intensive Care Unit where he was admitted yesterday for breathing issues and water buildup in his legs. I am informed by Dr. Dino Dy, Mr. Kornahuser's treating physician, that Mr. Kornhauser is suffering congestive heart failure. Mr. Kornhauser is scheduled to be removed from the ICU today but is expected to remain hospitalized for at least two more nights while cardiology runs additional tests which may require corrective procedures. I am requesting an extension of Mr. Kornhauser's surrender date to allow the doctors to complete their testing and any necessary treatment and for Mr. Kornhauser to recover from his hospitalization prior to surrender.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2022

Colleen McMahon
April 21, 2022
Page 2 of 2

       I thank the Court in advance for its attention to this matter.

                                  Sincerely,

                                  Daniel A. McGuinness

Cc:   All counsel (via ECF)
       Jonathan Bressor, USPO (via email)